In the Matter of the VILLAGE OF LAWRENCE, Respondent, against NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM et al., Appellants.

Argued February 21, 1944; decided April 6, 1944.

*Marcus G. Christ, County Attorney (John J. Knob* of counsel), for County of Nassau, appellant.

*Edward S. Bentley* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.